Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−18934−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian McCann | Bonnie McCann |
| 20 Rhode Island Drive | 20 Rhode Island Drive |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
  xxx−xx−5859                                       xxx−xx−9237

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 26, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 27, 2017
JAN: bwj

                                                          Jeanne Naughton
                                                           Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                            Case No. 16-18934-KCF
Brian McCann                                                      Chapter 13
Bonnie McCann
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 27, 2017
                              Form ID: 148             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb         +Brian McCann,    Bonnie McCann,    20 Rhode Island Drive,    Jackson, NJ 08527-1447
cr             +Harwood Lloyd,    130 Main Street,    Hackensack, NJ 07601-7152
cr             +United Teletech Financial Federal Credit Union,     McKenna, DuPont, Higgins & Stone,
                 PO Box 610,    229 Broad Street,    Red Bank, NJ 07701-2009
516164924      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
516164927       David Faloni Jr,    Faloni & Associates,    165 Passaic Avenue 301B,    Fair Haven, NJ 07704
516164929      +ERC,    PO Box 1259,    Dept 98696,   Oaks, PA 19456-1259
516164930       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
516164932      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: FSB Blaze,     5501 S Broadband Lane,    Sioux Falls, SD 57108)
516164933      +Harwood Lloyd LLC/Howell Associates,     130 Main Street,    Hackensack, NJ 07601-7152
516409156      +Howell Associates, LLC,    Attn: Harwood Lloyd, LLC,     Attn: Corey Scott Zymet,
                 130 Main Street,    Hackensack, New Jersey 07601-7152
516208449      +JTMUA,    135 Manhattan Street,    Jackson, New Jersey 08527-2504
516164934      +Jackson Township,    95 West Veterans Highway,    Jackson, NJ 08527-3495
516164937      +LVNV Funding,    Attn: Faloni & Associates,    165 Passaic Avenue,    Fairfield, NJ 07004-3521
516164942      +Six Flags Enterntainment Corp,     Attn: AARGON Collection Agency,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
516409770      +TD Bank N.A.,    Michael E Blaine, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, New Jersey 07302-3835
516405766      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, Maine 04243-9507
516164948      +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 22:35:17       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 22:35:16       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516195391       EDI: GMACFS.COM Oct 27 2017 22:28:00       Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516164919      +EDI: GMACFS.COM Oct 27 2017 22:28:00       Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
516164920       EDI: TSYS2.COM Oct 27 2017 22:28:00       Barclay Card,    PO Box 13337,
                 Philadelphia, PA 19101-3337
516164922      +EDI: CAPITALONE.COM Oct 27 2017 22:33:00       Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516189603       EDI: CAPITALONE.COM Oct 27 2017 22:33:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516355588       EDI: BL-BECKET.COM Oct 27 2017 22:33:00       Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516341311      +E-mail/Text: bncmail@w-legal.com Oct 27 2017 22:35:20       Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516164925      +EDI: RCSFNBMARIN.COM Oct 27 2017 22:28:00       Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
516164928       E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2017 22:35:09       Ditech Financial,    PO Box 6154,
                 Rapid City, SD 57709-6154
516405954       E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2017 22:35:09
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516164931      +EDI: AMINFOFP.COM Oct 27 2017 22:28:00       First Premier Bank,    PO Box 5514,
                 Sioux Falls, SD 57117-5514
516164935       EDI: CBSKOHLS.COM Oct 27 2017 22:28:00       Kohls,    PO Box 2893,    Milwaukee, WI 53201-2983
516164938      +EDI: RESURGENT.COM Oct 27 2017 22:33:00       LVNV Funding LLC,    PO Box 10584,
                 Greenville, SC 29603-0584
516352009       EDI: RESURGENT.COM Oct 27 2017 22:33:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516348208       EDI: MERRICKBANK.COM Oct 27 2017 22:28:00        MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516201947      +EDI: MID8.COM Oct 27 2017 22:28:00       MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516164940       EDI: MERRICKBANK.COM Oct 27 2017 22:28:00        Merrick,    PO Box 171379,
                 Salt Lake City, UT 84117-1379
516164941      +EDI: MID8.COM Oct 27 2017 22:28:00       Midland Funding,    8875 Aero Drive Ste 200,
                 San Diego, CA 92123-2255
516782689       EDI: PRA.COM Oct 27 2017 22:28:00       Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
516782690       EDI: PRA.COM Oct 27 2017 22:28:00       Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516403513       EDI: PRA.COM Oct 27 2017 22:28:00       Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                 POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Oct 27, 2017
                               Form ID: 148             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516405707         EDI: PRA.COM Oct 27 2017 22:28:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                  POB 41067,    Norfolk VA 23541
516379810        +EDI: JEFFERSONCAP.COM Oct 27 2017 22:34:00      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516164943         EDI: RMSC.COM Oct 27 2017 22:33:00      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
516164947        +EDI: TDBANKNORTH.COM Oct 27 2017 22:33:00      TD Bank,   32 Chestnut Street,
                  Lewiston, ME 04240-7799
516310555         E-mail/Text: laura@redbanklaw.com Oct 27 2017 22:34:58
                  United Teletech Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                  PO Box 610,    Red Bank, NJ 07701-0610
                                                                                              TOTAL: 28

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516164921*        Barclay Card,   PO Box 13337,    Philadelphia, PA 19101-3337
516164923*       +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516164926*       +Credit One Bank,    PO Box 98875,    Las Vegas, NV 89193-8875
516164936*        Kohls,    PO Box 2893,    Milwaukee, WI 53201-2983
516164939*       +LVNV Funding LLC,    PO Box 10584,    Greenville, SC 29603-0584
516164944*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
516164945*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
516164946*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
516164949*       +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764
                                                                                   TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              James J. Cerbone     on behalf of Joint Debtor Bonnie    McCann cerbonelawfirm@aol.com
              James J. Cerbone     on behalf of Debtor Brian    McCann cerbonelawfirm@aol.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```